IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALBERT QUINN,

    Plaintiff,

v.                                                    CASE NO. 5:15-cv-149-LC-GRJ

CORRECTIONS OFFICERS,

    Defendants.
_____/

### REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.  Doc. 1.  Plaintiff neither paid the $400.00 civil rights filing fee nor filed a motion for leave to proceed as a pauper.  Plaintiff also failed to use the Court's form for prisoner civil rights complaints.  The Court ordered Plaintiff to correct these deficiencies on or before July 30, 2015, and warned Plaintiff that if he failed to do so this case would be dismissed without further notice.  As of this date, Plaintiff has failed to either comply with the order or show cause as to why he is unable to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case should be dismissed for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** in Gainesville, Florida this 7th day of August 2015.

*s/ Gary R. Jones*
GARY R. JONES United
States Magistrate Judge

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.