IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALBERT QUINN,

    Plaintiff,

v.                                          CASE NO. 5:15-cv-149-LC-GRJ

CORRECTIONS OFFICERS,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 7, 2015 (Doc. 4), which recommended that this case be dismissed for failure to prosecute and failure to comply with an order of the Court. The Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order. This case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with an order of the Court**.**

**DONE AND ORDERED** this 22nd day of September, 2015.

                                                    *s/L.A. Collier*
                                                    **LACEY A. COLLIER**
                                                    **SENIOR UNITED STATES DISTRICT JUDGE**